DAYTON IRON WORKS, INC., Respondent, *v.* McLAIN CONSTRUCTION CORPORATION, Appellant.

Submitted April 20, 1942; decided April 30, 1942.

*Samuel Shereff* for motion.
*Francis L. Giles* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.